**William Stanley WATTS, Jr., Movant,**

v.

**KENTUCKY BAR ASSOCIATION,
Respondent.**

**No. 91–SC–569–KB.**

Supreme Court of Kentucky.

June 4, 1992.

### ORDER

The application of William Stanley Watts, Jr. for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted. SCR 3.500(1).

Mr. Watts shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur.

ENTERED: June 4, 1992.

(S) Robert F. Stephens
Chief Justice